# UNITED STATES DISTRICT COURT
for the

District of Arizona ▼

| | |
|---|---|
| Jason Crews <br><br> *Plaintiff(s)* <br> v. <br> CNO FINANCIAL GROUP, INC. et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. **CV23-02658-PHX-SMB** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CNO FINANCIAL GROUP, INC.
11825 N. Pennsylvania St,
CARMEL, IN, 46032

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Jason Crews
1515 N. Gilbert Rd. #107-104
Gilbert, AZ 85234
jason.crews@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

*Kathryn James*
Signature of Clerk or Deputy Clerk

Date: _____

ISSUED ON 9:31 am, Dec 22, 2023

s/ Debra D. Lucas, Clerk

# UNITED STATES DISTRICT COURT
for the
District of Arizona ☑

Jason Crews )
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. **CV23-02658-PHX-SMB**
CNO FINANCIAL GROUP, INC. et al. )
)
)
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* K.F. Agency, Inc.
11825 N. Pennsylvania St,
CARMEL, IN, 46032

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Jason Crews
1515 N. Gilbert Rd. #107-104
Gilbert, AZ 85234
jason.crews@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____ _____
*Signature of Clerk or Deputy Clerk*

ISSUED ON 9:31 am, Dec 22, 2023
s/ Debra D. Lucas, Clerk

# UNITED STATES DISTRICT COURT
for the

District of Arizona ☑

Jason Crews

*Plaintiff(s)*

v.

CNO FINANCIAL GROUP, INC. et al.

*Defendant(s)*

Civil Action No. **CV23-02658-PHX-SMB**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* James Covington
1865 SUNNYMEADE DR
JACKSONVILLE, FL 32211

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jason Crews
1515 N. Gilbert Rd. #107-104
Gilbert, AZ 85234
jason.crews@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____

*Signature of Clerk or Deputy Clerk*

ISSUED ON 9:32 am, Dec 22, 2023
s/ Debra D. Lucas, Clerk

# UNITED STATES DISTRICT COURT
for the

District of Arizona ▼

| | |
|---|---|
| Jason Crews <br><br> *Plaintiff(s)* <br> v. <br> CNO FINANCIAL GROUP, INC. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. **CV23-02658-PHX-SMB** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* BANKERS LIFE ADVISORY SERVICES, INC.
4400 E Broadway Blvd Ste 300,
Tucson, AZ, 85711

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Jason Crews
1515 N. Gilbert Rd 107-204
Gilbert, AZ 85233

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____

CLERK OF COURT

*Kathryn James*
*Signature of Clerk or Deputy Clerk*

ISSUED ON 9:32 am, Dec 22, 2023
s/ Debra D. Lucas, Clerk

# UNITED STATES DISTRICT COURT
for the

District of Arizona ☑

Jason Crews

*Plaintiff(s)*

v.

CNO FINANCIAL GROUP, INC. et al.

*Defendant(s)*

Civil Action No. CV23-02658-PHX-SMB

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Oscar Larranga
4400 E Broadway Blvd Ste 300,
Tucson, AZ 85711

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Jason Crews
1515 N. Gilbert Rd. #107-104
Gilbert, AZ 85234
jason.crews@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

*Katlyn James*
Signature of Clerk or Deputy Clerk

Date: _____

ISSUED ON 9:32 am, Dec 22, 2023
s/ Debra D. Lucas, Clerk