Jason Crews
1515 N Gilbert Rd Ste 107-204
Gilbert, AZ 85234
602-295-1875
Jason.crews@gmail.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Jason Crews, | Case No.: CV23-01588-PHX-DJH |
|---|---|
| Plaintiff, | |
| vs. | Notice Of Service of This Court's December 27, 2023, Order (Doc. 7) to All Defendants |
| Jason Crews v. American Auto Repair Coverage, LLC *et al.* | |
| Defendant | |

COMES NOW Plaintiff Jason Crews and hereby notifies the Court that all Defendants have been served this Court's December 27, 2023, Order (Doc. 7) to all via USPS first class mail.

Dated this December 27, 2023.

/s/*Jason Crews*
Jason Crews

NOTICE - 1