| | |
|---|---|
| Name | David F. Gaona |
| Bar # | 007391 |
| Firm | GAONA LAW FIRM |
| Address | 3101 N. Central Ave. |
| | Ste. 750 |
| | Phoenix, AZ 85012 |
| Telephone | (602) 230-2636 |

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Crews | ) |
| Plaintiff, | ) |
| vs. | ) |
| Bankers Life Advisory Services, Inc., et al. | ) |
| Defendant. | ) |

**Case No.** 2:23-cv-02658-SMB

**Corporate Disclosure Statement**

This Corporate Disclosure Statement is filed on behalf of K.F. Agency, Inc.
in compliance with the provisions of: *(check one)*

[✓] Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

[ ] Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

[ ] Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

☐ No such corporation.

☐ Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. *(Attach additional pages if needed.)*

_____Relationship_____

☐ Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of financial interest. (Attach additional pages if needed.)*

_____Relationship_____

☑ **Other:** K.F. Agency, Inc., an Illinois corporation with its principal place of business in Indiana, is a direct wholly-owned subsidiary of CDOC, Inc., a Delaware corporation with its principal place of business in Indiana. CDOC, Inc. is a direct wholly-owned subsidiary of CNO Financial Group, Inc., a Delaware general business corporation listed on the New York Stock Exchange under the symbol "CNO".

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

Dated this ___23rd___ day of ___February___, 2024.

_____
Counsel of Record

Certificate of Service:

I hereby certify that on the _23rd_ day of February, 2024, the foregoing Corporate Disclosure Statement was filed electronically. Service of this filing will be made on all ECF-registered parties and counsel by operation of the Court's electronic filing system.

_____
David F. Gaona

- 2 -