Jason Crews
1515 N Gilbert Rd Suite 107-204
Gilbert, AZ 85233
Telephone: (602) 295-1875
e-Mail: jason.crews@gmail.com

*pro se*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Crews,<br><br>    Plaintiff,<br><br>v.<br><br>Bankers Life Advisory Services, Inc; *et. al.* | Case No. 2:23-cv-02658-SMB<br><br>**PLAINTIFF'S NOTICE OF SERVICE OF PLAINTIFF'S RULE 26 INITIAL DISCLOSURES TO DEFENDANT**<br><br>Judge:  Hon. Susan M. Brnovich |

   Pursuant this Court's Order Setting Rule 16 Case Management Conference Rules (Doc. 28), Plaintiff hereby notifies the Court that service of Plaintiff's Notice of Plaintiff's Rule 26 Initial Disclosures to Defendant has been effectuated to all Defendants via their attorney of record.

Dated this March 21, 2024.

                    /s/ *Jason Crews*
                    Jason Crews
                    1515 N Gilbert Rd. #107-204
                    Gilbert, AZ 85234
                    jason.crews@gmail.com
                    (602) 295-1875

## CERTIFICATE OF SERVICE

1

I hereby certify that on March 21, 2024, I electronically filed the attached document using the CM/ECF for filing and transmitted the document through CM/ECF to all other parties.

/s/*Jason Crews*

Jason Crews

2