Jason Crews
1515 N Gilbert Rd Suite 107-204
Gilbert, AZ 85233
Telephone: (602) 295-1875
e-Mail: jason.crews@gmail.com

*pro se*

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Crews, | Case No. 2:23-cv-02658-SMB |
| Plaintiff, | **AMENDED RULE 26(f) CASE MANAGEMENT REPORT** |
| v. | |
| Bankers Life Advisory Services, Inc; *et. al.* | Judge: Hon. Susan M. Brnovich |

Pursuant to Rules of Practice and Procedure of the U. S. District Court for the District of Arizona ("LRCiv") 5.2, Plaintiff hereby notifies the Court that service of Plaintiff's First Request for Admissions has been effectuated to all Defendants via their attorney of record.

Dated this March 21, 2024.

*/s/Jason Crews*
Jason Crews

**CERTIFICATE OF SERVICE**

1

I hereby certify that on March 21, 2024, I electronically filed the attached document using the CM/ECF for filing and transmitted the document through CM/ECF to all other parties.

*/s/Jason Crews*

Jason Crews