Jason Crews
1515 N Gilbert Rd Suite 107-204
Gilbert, AZ 85233
Telephone: (602) 295-1875
e-Mail: jason.crews@gmail.com

*pro se*

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Crews,<br><br>    Plaintiff,<br><br>v.<br><br>K.F.Agency, Inc.; Bankers Life Advisory Services, Inc; CNO Financial Group, Inc; James Covington; Oscar Larranga;<br><br>    Defendants. | Case No. 2:23-cv-02658-SMB<br><br>**AMENDED RULE 26(f) CASE MANAGEMENT REPORT**<br><br>Judge:  Hon. Susan M. Brnovich |

Pursuant to Rules of Practice and Procedure of the U. S. District Court for the District of Arizona ("LRCiv") 5.2, Plaintiff hereby notifies the Court that service of Plaintiff's Request for Interrogatories has been effectuated to all Defendants via their attorney of record.

Dated this March 21, 2024.

                                                                */s/ Jason Crews*
                                                                Jason Crews

| | |
|---|---|
| 1 | **COPIES** of the forgoing served via email this same date, upon: |
| 2 | Douglas H. Allsworth |
| 3 | Doug.Allsworth@kutakrock.com |
| 4 | |
| 5 | By: _____/s/Jason Crews_____ |
| 6 | Jason Crews |