GAONA LAW FIRM
A PROFESSIONAL CORPORATION
3101 NORTH CENTRAL AVE, SUITE 720
PHOENIX, ARIZONA 85012
_____

(602) 230-2636  Fax (602) 230-1377
david@gaonalaw.com; docket@gaonalaw.com
David F. Gaona, State Bar No. 007391

Steven K. Huffer (Admitted *pro hac vice*)
S.K. HUFFER & ASSOCIATES, P.C.
9247 North Meridian Street, Suite 340
Indianapolis, IN 46260
(317) 564-4804 Fax (317) 564-4812
steve@hufferlaw.com

Attorneys for Defendants
Bankers Life Advisory Services, Inc.,
CNO Financial Group, Inc.,
K.F. Agency, Inc., Oscar Larranga,
and James Covington

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Crews,<br><br>               Plaintiff,<br><br>vs.<br><br>Bankers Life Advisory Services, Inc., et al.,<br><br>               Defendants. | No.  2:23-cv-02658-SMB<br><br>**DEFENDANTS' NOTICE OF SERVICE OF RULE 26(a)(1) INITIAL DISCLOSURES AND PRIVILEGE LOG** |

NOTICE IS HEREBY GIVEN that Defendants served the following papers on Plaintiff:

Defendants' Initial Disclosure Statement

Defendants' Privilege Log

1    These papers were served on March 29, 2024, by e-mailing them to:

2                    Jason Crews
3                    1515 N. Gilbert Rd., Ste. 107-204
                    Gilbert, AZ 85234
4                    Jason.crews@gmail.com

5

6    DATED this 29th day of March, 2024.

7                                **GAONA LAW FIRM**

8
                                /s/ David F. Gaona
9                                _____
                                David F. Gaona
10                               3101 N. Central Ave., Suite 720
                                Phoenix, Arizona  85012
11
                                Steven K. Huffer (Admitted *pro hac vice*)
12                               S.K. HUFFER & ASSOCIATES, P.C.
                                9247 North Meridian Street, Suite 340
13                               Indianapolis, IN 46260
14
                                Attorneys for Defendants, Bankers Life
15                               Advisory Services, Inc., CNO Financial
                                Group, Inc., K.F. Agency, Inc., Oscar
16                               Larranga, and James Covington

17

18

19

20

21

22

23

24

25

26

27

GAONA LAW FIRM
3101 North Central Avenue – Suite 720
Phoenix, Arizona 85012

2

CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2024, I electronically transmitted the attached document to the Clerk's Office by using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

> Jason Crews
> 1515 N. Gilbert Rd., Ste. 107-204
> Gilbert, AZ 85234
> Jason.crews@gmail.com
>
>
> /s/      Priscilla Wayterra

GAONA LAW FIRM
3101 North Central Avenue – Suite 720
Phoenix, Arizona 85012

3