1  David F. Gaona (State Bar No. 007391)
2  GAONA LAW FIRM
   3101 North Central Avenue Suite 720
3  Phoenix, Arizona 85012
   Telephone: (602) 230-2636
4  Email: david@gaonalaw.com

5  Steven K. Huffer (Admitted *pro hac vice*)
   S.K. HUFFER & ASSOCIATES, P.C.
6  9247 North Meridian Street, Suite 340
7  Indianapolis, IN 46260
   Telephone: (317) 564-4808
8  Email: steveh@hufferlaw.com

9  *Attorneys for Defendants Bankers Life Advisory*
10 *Services, Inc., CNO Financial Group, Inc.,*
   *K.F. Agency, Inc., James Convington, and*
11 *Oscar Larranga*

12

13
                **UNITED STATES DISTRICT COURT**
14
                      **DISTRICT OF ARIZONA**
15

16 | Jason Crews,                          § Case No. 2:23-cv-02658-SMB
                                          §
17 |         Plaintiff,                   § **DEFENDANTS' NOTICE OF SERVICE**
                                          § **OF DISCOVERY RESPONSES**
18 |    v.                                §
                                          §
19 |                                      §
   | Bankers Life Advisory Services, Inc,.§
20 | et al.,                              §
                                          §
21 |                                      §
   |         Defendants.                  §
22

23     NOTICE IS HEREBY GIVEN that Defendants served the following papers on

24 Plaintiff:

25     Defendant K.F. Agency, Inc.'s Response to Plaintiff's Second Set of Requests
       for Admission;
26
       Defendants Answers to Plaintiff's First Set of Interrogatories; and
27

28

                                                                              Page 1

Defendants Bankers Life Advisory Services, Inc., K.F. Agency, Inc., CNO Financial Group, Inc., and Oscar Larranga's Response to Plaintiff's First Set of Requests for Production, including DEF000097 – DEF000150.

These papers were served on May 20, 2024, by e-mailing them to:

>Jason Crews
>1515 N. Gilbert Rd., Ste. 107-204
>Gilbert, AZ 85234
>jason.crews@gmail.com

DATED this 20th day of May, 2024.

**GAONA LAW FIRM**

    /s/ David F. Gaona
David F. Gaona (State Bar No. 007391)
3101 North Central Avenue Suite 720
Phoenix, Arizona 85012
Telephone: (602) 230-2636
Facsimile: (602) 230-1377
Email: david@gaonalaw.com

Steven K. Huffer (Admitted *pro hac vice*)
S.K. HUFFER & ASSOCIATES, P.C.
9247 North Meridian Street, Suite 340
Indianapolis, IN 46260
Telephone: (317) 564-4808
Facsimile: (317) 564-4812
Email: steveh@hufferlaw.com

*Attorneys for Defendants Bankers Life Advisory Services, Inc., CNO Financial Group, Inc., K.F. Agency, Inc., James Convington, and Oscar Larranga*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 20, 2024, I electronically transmitted the attached document to the Clerk's Office by using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

>Jason Crews
>1515 N. Gilbert Rd., Ste. 107-204
>Gilbert, AZ 85234
>jason.crews@gmail.com

>/s/ Priscilla Wayterra