GAONA LAW FIRM
A PROFESSIONAL CORPORATION
3101 NORTH CENTRAL AVE, SUITE 720
PHOENIX, ARIZONA 85012
_____
(602) 230-2636  Fax (602) 230-1377
david@gaonalaw.com; docket@gaonalaw.com

David F. Gaona, State Bar No. 007391

Steven K. Huffer (Admitted *pro hac vice*)
S.K. HUFFER & ASSOCIATES, P.C.
9247 North Meridian Street, Suite 340
Indianapolis, IN 46260
Telephone: (317) 564-4808
Email: steveh@hufferlaw.com

Attorneys for Defendants
Bankers Life Advisory Services, Inc.,
CNO Financial Group, Inc.,
K.F. Agency, Inc., Oscar Larranga,
and James Covington

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Crews,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Bankers Life Advisory Services, Inc., et al.,<br><br>　　　　　Defendants. | No.  2:23-cv-02658-SMB<br><br>**MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT JAMES COVINGTON** |

Pursuant to *LR Civ* 83.3(b)(2), counsel for Defendants, David F. Gaona and Steven K. Huffer (appearing pro hac vice), respectfully move to withdraw as counsel of record for individual Defendant James Covington. In particular, at the outset of this matter, Plaintiff presented to all Defendants a Waiver of Service document, together with a copy of the Complaint. Consistent with Defendant Banker's Life's practices, Banker's Life will permit

its attorney to provide a defense to individual agents named in a lawsuit relating to Banker's Life's business <u>if</u> those agents were documented agents of Banker's Life during the timeframe alleged in the lawsuit. Information obtained at the outset of this matter relative to the two (2) individual Defendants, Mr. Covington and Mr. Larranga, confirmed that each were active agents/employees of Defendant Banker's Life Advisory Service, Inc. and/or K.F. Agency, Inc., an affiliate of Banker's Life. Thus, undersigned counsel appeared and filed an Answer on Mr. Covington's behalf.

Later, upon the inception of written discovery propounded by Plaintiff Crews, defense counsel, in the course of reviewing and investigating facts relative to interrogatory and document requests, confirmed that while Defendant James Covington in fact had been an independent agent for K.F. Agency, Inc., an authorized agency of Defendant Banker's Life Advisory Services, Inc., Defendant Covington's tenure as an independent agent terminated on May 27, 2021. In Defendant's responses to Plaintiff's written discovery on May 20, 2024, Plaintiff was informed of the May 27, 2021 relationship termination of Mr. Covington and Banker's Life/K.F. Agency.

Plaintiff's Complaint alleges telephone calls at issue occurring between November, 2022 and January, 2023 that form the foundation of claims. During that span of time, Defendant Covington was neither employed by nor an independent agent of the Defendant companies. Consequently, defense counsel are no longer authorized to represent Defendant Covington as he was not an authorized agent during the time frame as alleged in the Plaintiff's Complaint. For these reasons, defense counsel David F. Gaona and Steven K. Huffer move this Court for its Order allowing them to withdraw as counsel to Mr.

Covington. Plaintiff Crews has been apprised of this Motion, and informed undersigned counsel he has no objection.

Consistent with *LR Civ* 83.3(b)(2), undersigned counsel certify that Mr. Covington has been notified in writing of the status of this case, including the dates and times of any Court hearings or trial settings, all as set forth in this Court's Case Management Order filed April 4, 2024 (Doc 26). That written notification, together with the Case Management Order, has been sent to Defendant Covington at his last known address, an address consistent with the Plaintiff's records in which Plaintiff sent the Waiver of Service documentation to Defendant Covington in Florida. The contact information for Defendant Covington is as follows:

> James Covington
> 1865 Sunnymeade Dr.
> Jacksonville, FL 32211-4940

For all of the above reasons, counsel for Defendant Covington, David F. Gaona and Steven K. Huffer, respectfully request this Court's Order permitting them to withdraw as counsel for Mr. Covington.

DATED this 6th day of June, 2024.

**GAONA LAW FIRM**

/s/ David F. Gaona
David F. Gaona
3101 N. Central Ave., Suite 720
Phoenix, Arizona  85012
Attorney for Defendants, Bankers Life
Advisory Services, Inc., CNO Financial
Group, Inc., K.F. Agency, Inc., Oscar Larranga and
James Covington

3

**S.K. HUFFER & ASSOCIATES, P.C.**


    /s/ Steven K. Huffer (*pro hac vice*)
Steven K. Huffer
9247 North Meridian Street, Ste. 340
Indianapolis, IN 46260
Attorney for Defendants, Bankers Life Advisory Services, Inc., CNO Financial Group, Inc., K.F. Agency, Inc., Oscar Larranga and James Covington

CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2024, I electronically transmitted the attached document to the Clerk's Office by using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Jason Crews
1515 N. Gilbert Rd., Ste. 107-204
Gilbert, AZ 85234
Jason.crews@gmail.com

/s/     Priscilla Wayterra