# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Crews, | No. CV-23-02658-PHX-SMB |
| Plaintiff, | **ORDER** |
| v. | |
| Bankers Life Advisory Services Incorporated, et al., | |
| Defendants. | |

The Court having considered the Motion to Withdraw as Counsel for Defendant James Covington (Doc. 28),

**IT IS HEREBY ORDERED** the Motion is granted.

Dated this 10th day of June, 2024.

_____
Honorable Susan M. Brnovich
United States District Judge