Jason Crews
1515 N. Gilbert Rd.
Gilbert, AZ 85234
602-295-1875
Jason.crews@gmail.com

*In propria persona*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Crews, | Case No.: 2:23-cv-02658-SMB |
| Plaintiff, | |
| vs. | NOTICE OF DISMISSAL WITH PREJUDICE |
| Bankers Life Advisory Services, Inc, *et al.* | |
| Defendants | |

With Defendants Bankers Life Advisory Services, Inc, K.F. Agency, Inc, CNO

Financial Group, Inc, and James Covington, (collectively "Dismissed Parties") Plaintiff Jason

Crews, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the Dismissed Parties

from this action **with prejudice**, with each party to bear its own costs, attorney's fees, and

all other fees.  See e.g. *Bailey v. Shell Western E&P, Inc.*, 609 F.3d 710, 719 (5th Cir. 2010)

(holding the plaintiff has the "absolute right" to a Rule 41(a)(1) dismissal, which right "may

not be extinguished or circumscribed by adversary our court") (internal quotation marks and

citations omitted).


///

1

1

Dated this August 16, 2024.

2

/s/*Jason Crews*

3

Jason Crews

4

5

**COPIES** of the forgoing were filed with the court
electronically via CM/ECF this same date.

6

7

8

By:                    /s/*Jason Crews*

9

Jason Crews

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28