1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Jason Crews
1515 N. Gilbert Rd.
Gilbert, AZ 85234
602-295-1875
Jason.crews@gmail.com

*In propria persona*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Jason Crews, | Case No.: 2:23-cv-02658-SMB |
|---|---|
| Plaintiff, | |
| vs. | DECLARATION OF JASON CREWS IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT |
| Bankers Life Advisory Services, Inc, *et al.* | |
| Defendants | |

1. My name is Jason Crews. I am over 18 years old. I can testify competently to the undersigned statements.

2. My residential telephone numbers 602-295-1875 is on the National Do-NotCall Registry and have been for at least 31 days prior to the calls in this action.

4. The numbers are private, residential numbers used for personal, family, and household purposes.

6. On June 7, 2024, I served the Defendants with Plaintiff's First Request for Admissions. Service was effectuated via certified mail, return receipt requested, to the Defendants' last known address, in compliance with Rule 36(a)(1) of the Federal Rules of Civil Procedure, which governs the service of requests for admissions.

8. I also paid the $402 filing fee for this action to the Clerk of Court.

9. Based on my calling records, I allege seven violation of 47 U.S.C. § 227(b) and 47 U.S.C. § 227(b).  Accordingly, I am entitled to $500 in statutory and treble damages based on these violations.

10. I am requesting a default judgment be entered in my favor in the amount of $21,405, representing the sum of my filing fee and the statutory damages.

11. The individual Defendant in this action, James Covington, has provided no reason for Plaintiff to believe he is either an infant nor an incompetent person. Moreover, I have queried the Department of Defense's SCRA website, and it has indicated that she is not currently in the military service of the United States.

Dated this August 27, 2024.

/s/ *Jason Crews*
_____

Jason Crews

**COPIES** of the forgoing were filed with the court electronically via CM/ECF this same date.

By:              /s/ *Jason Crews*
_____

Jason Crews

2