## USPS eReceipt



Exhibit 1

**donotreply@ereceipt.usps.gov**   JUN 7

```
              UNITED STATES
              POSTAL SERVICE ®

                       GILBERT
                   137 E ELLIOT RD
                 GILBERT, AZ 85234-9998
                     (800)275-8777
06/07/2024                                          03:16 PM
-----------------------------------------------------------
Product                          Qty        Unit      Price
                                             Price
-----------------------------------------------------------
First-Class Mail®                 1                   $1.87
Large Envelope
    Jacksonville, FL  32211
    Weight: 2.20 oz
    Estimated Delivery Date
        Wed 06/12/2024
    Tracking #:
        9514 8066 0111 4159 2632 77
    Certified Mail®                                   $4.40
    e-Return Receipt                                  $2.32
Total                                                 $8.59

First-Class Mail®                 1                   $2.35
Large Envelope
    Delray Beach, FL  33444
    Weight: 4.40 oz
    Estimated Delivery Date
        Wed 06/12/2024
    Tracking #:
        9514 8066 0111 4159 2632 91
    Certified Mail®                                   $4.40
    e-Return Receipt                                  $2.32
Total                                                 $9.07

First-Class Mail®                 1                   $2.35
Large Envelope
    Delray Beach, FL  33444
    Weight: 4.40 oz
    Estimated Delivery Date
        Wed 06/12/2024
    Tracking #:
```

```
       9514 8066 0111 4159 2633 14
    Certified Mail®                                          $4.40
    e-Return Receipt                                         $2.32
Total                                                        $9.07

First-Class Mail®                            1               $2.11
Large Envelope
    Phoenix, AZ  85003
    Weight: 3.50 oz
    Estimated Delivery Date
        Mon 06/10/2024
--------------------------------------------------------------------
Grand Total:                                                $28.84
--------------------------------------------------------------------
Credit Card Remit                                           $28.84
    Card Name: MasterCard
    Account #: XXXXXXXXXXXX6544
    Approval #: 22916Z
    Transaction #: 485
    Receipt #: 000485
    AID: A0000000041010           Contactless
    AL: MASTERCARD
--------------------------------------------------------------------

              Use Tracking # for inquiry on Return
                     Receipt (Electronic).

              For Return Receipt (by email), visit
                USPS.com, click on Track & Manage and
             enter Tracking number; click on drop-down
              arrow under Return Receipt Electronic;
             enter name and email address and click on
                         Request Email.

             Text your tracking number to 28777 (2USPS)
              to get the latest status. Standard Message
               and Data rates may apply. You may also
              visit www.usps.com USPS Tracking or call
                         1-800-222-1811.

                        Preview your Mail
                       Track your Packages
                       Sign up for FREE @
                  https://informeddelivery.usps.com

               All sales final on stamps and postage.
                Refunds for guaranteed services only.
                     Thank you for your business.

                  Tell us about your experience.
                     Go to: https://postalexperience.com/ssk?mt=13


--------------------------------------------------------------------

UFN: 033404-9550
Receipt #: 840-18520497-1-6864508-1
Clerk: 00
```

**Privacy Act Statement:** Your information will be used to provide you with an electronic receipt for your purchase transaction via email. Collection is authorized by 39 USC 401, 403, and 404. Providing the information is voluntary, but if not provided, we will be unable to process your request to receive an electronic receipt. We do not disclose your information to third parties without your consent, except to facilitate the transaction, to act on your behalf or request, or as legally required. This includes the following limited circumstances: to a congressional office on your behalf; to financial entities regarding financial transaction issues; to a U.S. Postal Service auditor; to entities, including law enforcement, as required by law or in legal proceedings; to contractors and other entities aiding us to fulfill the service (service providers); to process servers; to domestic government agencies if needed as part of their duties; and to a foreign government agency for violations and alleged violations of law. For more information on our privacy policies visit
[www.usps.com/privacypolicy](www.usps.com/privacypolicy).

This is an automated email. Please do not reply to this message. This message is for the designated recipient only and may contain privileged, proprietary, or otherwise private information. If you have received it in error, please delete. Any other use of this email by you is prohibited.