Jason Crews
1515 N. Gilbert Rd.
Gilbert, AZ 85234
602-295-1875
Jason.crews@gmail.com

*In propria persona*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Jason Crews, | Case No.: 2:23-cv-02658-SMB |
|---|---|
| Plaintiff, | |
| vs. | [PROPOSED] ORDER |
| Bankers Life Advisory Services, Inc, *et al.* | |
| Defendants | |

Before the Court is Plaintiff's Motion for Summary Judgment. Having considered the application and finding good cause,

**IT IS ORDERED** granting Plaintiff's Motion for Default Judgment as to Defendants James Covington (Doc. __).

**IT IS FURTHER ORDERED** that Judgment be entered in favor of Plaintiff and against the above noted Defendants jointly and severally in the amount of $21,405, which amount includes the following authorized components: $21,000 in statutory damages, which is calculated over the seven distinct violations utilizing ATDS-administered calls of which seven were placed to a telephone number on the national Do-Not-Call Registry, assessed at $500 per violation, and here each trebled due to willfulness of Defendants; $402 in filing fees.

**IT IS FURTHER ORDERED** directing the Clerk of Court to terminate this case upon entry of judgment.

**IT IS SO ORDERED**.

Dated: _____                    _____
                                          Hon. Susan Brnovich
                                          United States District Judge