Jason Crews
1515 N. Gilbert Rd.
Gilbert, AZ 85234
602-295-1875
Jason.crews@gmail.com

*In propria persona*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Jason Crews, | Case No.: 2:23-cv-02658-SMB |
|---|---|
| Plaintiff, | |
| vs. | MOTION TO STRIKE NOTICE OF DISMISSAL WITH PREJUDICE DOC.31 |
| Bankers Life Advisory Services, Inc, *et al.* | |
| Defendants | |

    On August 16, 2024, Plaintiff filed his Notice of Dismissal with Prejudice. Doc. 31. This notice mistakenly dismissed Defendant James Covington in place of the intended Oscar Larranga. Accordingly, Plaintiff respectfully requests this Court strike Doc. 31.

    Plaintiff will file separate joint stipulations of dismissal.

Dated this October 17, 2024.

                                                         */s/Jason Crews*

                                                       Jason Crews

**COPIES** of the forgoing were filed with the court electronically via CM/ECF this same date.

1

By:          /s/*Jason Crews*
     _____
         Jason Crews