Jason Crews
1515 N. Gilbert Rd.
Gilbert, AZ 85234
602-295-1875
Jason.crews@gmail.com

*In propria persona*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Jason Crews, | Case No.: 2:23-cv-02658-SMB |
|---|---|
| Plaintiff, | |
| vs. | [PROPOSED] ORDER ON MOTION TO STRIKE NOTICE OF DISMISSAL WITH PREJUDICE DOC.31 |
| Bankers Life Advisory Services, Inc, *et al.* | |
| Defendants | |

The Court having reviewed Plaintiff's Motion to Strike his Motion To Strike Notice Of Dismissal With Prejudice Doc.31, and finding good cause; IT IS ORDERED that Plaintiff's motion to strike (Doc. 31) is GRANTED.

Dated this October 17, 2024.

/s/*Jason Crews*

Jason Crews

**COPIES** of the forgoing were filed with the court electronically via CM/ECF this same date.

By: /s/*Jason Crews*

Jason Crews