David F. Gaona (State Bar No. 007391)
GAONA LAW FIRM
3101 North Central Avenue Suite 720
Phoenix, Arizona 85012
Telephone: (602) 230-2636
Email: david@gaonalaw.com

Steven K. Huffer (Admitted *pro hac vice*)
S.K. HUFFER & ASSOCIATES, P.C.
9247 North Meridian Street, Suite 340
Indianapolis, IN 46260
Telephone: (317) 564-4808
Email: steveh@hufferlaw.com

*Attorneys for Defendants Bankers Life Advisory Services, Inc., CNO Financial Group, Inc., K.F. Agency, Inc., and Oscar Larranga*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Crews, | Case No. 2:23-cv-02658-SMB |
| Plaintiff, | **STIPULATION OF PARTIAL DISMISSAL WITH PREJUDICE** |
| v. | |
| Bankers Life Advisory Services, Inc., et al., | |
| Defendants. | |

Plaintiff Jason Crews, *pro se*, and Defendants Bankers Life Advisory Services, Inc., CNO Financial Group, Inc., K.F. Agency, Inc., and Oscar Larranga (collectively, the "Bankers Defendants"), by their counsel, pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of this case **WITH PREJUDICE**

as to the Bankers Defendants **ONLY**, all matters in controversy having been compromised and settled, each party to bear his, her, or its own costs and attorneys' fees. This case shall continue as to Defendant James Covington.

SO STIPULATED this 17th day of October, 2024.

*/s/Jason Crews*
Jason Crews, *pro se*
1515 North Gilbert Road, #107-204
Gilbert, AZ 85234
Email: jason.crews@gmail.com
Telephone: (602) 295-1875

**GAONA LAW FIRM**

*/s/David Gaona (with permission)*
David F. Gaona (State Bar No. 007391)
3101 North Central Avenue Suite 720
Phoenix, Arizona 85012
Telephone: (602) 230-2636
Facsimile: (602) 230-1377
Email: david@gaonalaw.com

Steven K. Huffer (Admitted *pro hac vice*)
S.K. HUFFER & ASSOCIATES, P.C.
9247 North Meridian Street, Suite 340
Indianapolis, IN 46260
Telephone: (317) 564-4808
Facsimile: (317) 564-4812
Email: steveh@hufferlaw.com

*Attorneys for Defendants Bankers Life Advisory*
*Services, Inc., CNO Financial Group, Inc., K.F. Agency, Inc., and Oscar Larranga*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 17, 2024, I electronically transmitted the attached document to the Clerk's Office by using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

>Jason Crews
>1515 N. Gilbert Rd., Ste. 107-204
>Gilbert, AZ 85234
>jason.crews@gmail.com

>>*/s/Jason Crews*