**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| Jason Crews, | § | Case No. 2:23-cv-02658-SMB |
| | § | |
| Plaintiff, | § | **ORDER ON STIPULATION OF** |
| | § | **PARTIAL DISMISSAL WITH** |
| v. | § | **PREJUDICE** |
| | § | |
| Bankers Life Advisory Services, Inc., et al., | § | |
| | § | |
| | § | |
| Defendants. | § | |

Following review of the Stipulation of Plaintiff Jason Crews, and Defendants Bankers Life Advisory Services, Inc., CNO Financial Group, Inc., K.F. Agency, Inc., and Oscar Larranga (the "Bankers Defendants"), it is hereby ordered that pursuant to Rule 41 of the Federal Rules of Civil Procedure, this case be dismissed **WITH PREJUDICE** as to the Bankers Defendants **ONLY**, with each party to bear his, her, or its own costs and attorneys' fees. It further ordered that this case shall continue as to Defendant James Covington.

Dated this _____ day of October, 2024.