# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Crews,<br><br>        Plaintiff,<br><br>v.<br><br>Bankers Life Advisory Services Incorporated, et al.,<br><br>        Defendants. | No. CV-23-02658-PHX-SMB<br><br>**ORDER** |

    The Court having reviewed Plaintiff's Motion to Strike Notice of Dismissal With Prejudice Doc.31 (Doc. 34) and finding good cause,

    **IT IS ORDERED** that Plaintiff's Motion is GRANTED.

    Pursuant to the Stipulation of Plaintiff Jason Crews, and Defendants Bankers Life Advisory Services, Inc., CNO Financial Group, Inc., K.F. Agency, Inc., and Oscar Larranga (the "Bankers Defendants") (Doc. 35),

    **IT IS ORDERED** that pursuant to Rule 41 of the Federal Rules of Civil Procedure, this case be dismissed WITH PREJUDICE as to the Bankers Defendants ONLY, with each party to bear his, her, or its own costs and attorneys' fees.

    **IT IS FURTHER ORDERED** that this case shall continue as to Defendant James Covington.

    Dated this 21st day of October, 2024.

    Honorable Susan M. Brnovich
    United States District Judge