IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Crews, | No. CV-23-02658-PHX-SMB |
| Plaintiff, | **ORDER** |
| v. | |
| James Covington, | |
| Defendant. | |

Plaintiff filed his Motion for Summary Judgement ("Motion") (Doc. 32) on August 27, 2024 through ECF. The Motion asks for summary judgment against Defendant James Covington who is no longer represented by counsel as of June 11, 2024. Therefore,

**IT IS ORDERED** that Plaintiff mail a copy of the Motion and a copy of this order to Defendant Covington to ensure that he received a copy.

**IT IS FURTHER ORDERED** that Defendant Covington be allowed until **November 12, 2024** to file a response.

I.   RULE 7.2(i) CAUTIONARY NOTICE

LRCiv 7.2(i) states in relevant part: "[I]f the opposing party does not serve and file the required answering memoranda . . . such non-compliance may be deemed a consent to the denial or granting of the motion and the Court may dispose of the motion summarily." *See Brydges v. Lewis*, 18 F.3d 651, 652 (9th Cir. 1994). (PARTY) should take notice that failure to respond to Plaintiff's Motion by the deadline set forth in this Order will result

in the Court deeming Plaintiff's Motion as being unopposed and consented to by Defendant. *See id.* (affirming the district court's summary granting of a motion for summary judgment under Local Rule 7.2(i) when non-moving party was given express warning of consequences of failing to respond).

It is Defendant's obligation to timely respond to all motions. Plaintiff's Motion will be summarily granted if Defendant fails to respond in accordance with the provisions of this Order.

The Court also advises Defendant that certain resources for self-represented parties, including a handbook and the Local Rules, are available on the Court's website, www.azd.uscourts.gov, by following the link "For Those Proceeding Without an Attorney."

Accordingly,

**IT IS ORDERED** that the Motion shall be deemed ready for decision without oral argument on the day following the date set for filing a reply unless otherwise ordered by the Court.

Dated this 23rd day of October, 2024.

Honorable Susan M. Brnovich
United States District Judge