Jason Crews
1515 N. Gilbert Rd.
Gilbert, AZ 85234
602-295-1875
Jason.crews@gmail.com

*In propria persona*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Crews, | Case No.: 2:23-cv-02658-SMB |
| Plaintiff, | |
| vs. | NOTICE OF COMPLIANCE |
| Bankers Life Advisory Services, Inc, *et al.* | |
| Defendants | |

   Plaintiff Jason Crews hereby notifies the Court of his compliance with the Court's Order dated October 23, 2024 (Doc. 37). As directed by the Court, Plaintiff mailed a copy of both the Motion for Summary Judgment (Doc. 32) and the Court's Order (Doc. 37) to Defendant James Covington. The mailing was sent on September 7, 2024, as evidenced by USPS tracking number 00310903425614900076, which confirms delivery to Jacksonville, FL 32211. The tracking history shows the item was processed for delivery on September 9, 2024. Exhibit 1.

Dated this November 25, 2024.

                                             /s/*Jason Crews*
                                             Jason Crews

1

1. **COPIES** of the forgoing were filed with the court electronically via CM/ECF this same date.

And

**COPIES** of the forgoing were mailed via USPS to.
James Covington
1865 SUNNYMEADE DR,
JACKSONVILLE, FL 32211


By:          /s/*Jason Crews*

   Jason Crews

**Tracking History for 00310903425614900076**

| | |
|---|---|
| Tracking as of: | 9/12/24 3:18:35 PM |
| Delivery step: | Distributed for delivery preparation (USPS phase 146) |
| Last scan location: | Jacksonville FL 32203 |
| When scanned: | 09/09/2024  12:20:59 AM |
| Expect another scan? | Probably not. Piece should have been delivered. |
| Destination zip as addressed: | 32211 |
| Original predicted delivery: | 09/09/2024 |
| Updated delivery date: | 09/09/2024 |
| | |
| Delivery step: | Processed at destination sorting ctr - stage 1 (USPS phase 143) |
| Scan location: | Jacksonville FL 32203 |
| When scanned: | 09/08/2024  1:18:09 PM |

Your item was accepted at Jacksonville FL 32203 on 09/07/2024