Jason Crews
1515 N Gilbert Rd Ste 107-204
Gilbert, AZ 85234
602-295-1875
Jason.crews@gmail.com

*In propria persona*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Crews, | Case No.: 2:23-cv-02658-SMB |
| Plaintiff, | |
| vs. | NOTICE OF DISMISSAL WITHOUT PREJUDICE |
| Jason Crews v. Bankers Life Advisory Services, Inc,, *et al.* | |
| Defendants | |

With Defendant James Covington neither having answered nor filed a motion to dismiss or for summary judgment, Plaintiff Jason Crews, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the action **without prejudice**, with each party to bear its own costs, attorney's fees, and all other fees.  See e.g. Bailey v. Shell Western E&P, Inc., 609 F.3d 710, 719 (5th Cir. 2010) (holding the plaintiff has the "absolute right" to a Rule 41(a)(1) dismissal, which right "may not be extinguished or circumscribed by adversary our court") (internal quotation marks and citations omitted).

Defendant Covington is the final remaining defendant in this matter, and the case can be closed at this time.

Dated this January 14, 2025.

*/s/Jason Crews*

Jason Crews

1

**COPIES** of the forgoing were filed with the court electronically via CM/ECF this same date.

**COPIES** of the forgoing were mailed via USPS to

JAMES COVINGTON

1865 SUNNYMEADE DR,

JACKSONVILLE, FL 32211

By: _____/s/*Jason Crews*_____

    Jason Crews